

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00656-CR

The **STATE** of Texas,
Appellant

v.

Gwen **JENNINGS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR141129
Honorable Susan Harris, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED June 22, 2016.

_____
Karen Angelini, Justice

'